# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| AXIS-SHIELD ASA, a Norway corporation, | ) CIVIL ACTION NO: |
| | ) 3:04 CV 01874 (PCD) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COMPETITIVE TECHNOLOGIES, INC., a | ) |
| Delaware corporation, | ) MAY 27, 2005 |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, it is hereby STIPULATED AND AGREED, by and between the Parties hereto, that the above-captioned action be discontinued in its entirety, with prejudice, and with no award of attorneys' fees or costs to either side by the Court.

By: _____
Scott R. Lucas, Esq. (ct00517)
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
    *AND*
Paul C. Nyquist, Esq. (phv0145)
Daniel S. Kippen, Esq. (phv0146)
Voss, Cook & Thel LLP
895 Dove Street, Suite 450
Newport Beach, CA 92660
Phone: (949) 435-0225
Fax: (949) 435-0226
pnyquist@vctlaw.com
dkippen@vctlaw.com

*AND*
Edward J. Henderson, Esq. (phv#pending)
Torys LLP
237 Park Avenue
New York, NY 10017
Phone: (212) 880-6026
Fax: (212) 682-0200
ehenderson@torys.com

*Attorneys for Plaintiff*
*AXIS-SHIELD ASA*


By _____
David B. Zabel, Esq. (ct01382)
Cohen and Wolf P.C.
1115 Broad Street
Bridgeport, CT 06604
Phone: (203) 368-0211
Fax: (203) 394-9901
dzabel@cohenandwolf.com
    *AND*
Glenn K. Beaton, Esq. (phv0136)
Amanda Tessar, Esq. (phv0137)
Gibson, Dunn & Crutcher, LLP
1801 California Street, Suite 4200
Denver, CO 80202
Phone: (303) 298-5700
Fax: (303) 296-5310
gbeaton@gibsondunn.com
atessar@gibsondunn.com

*Attorneys for Defendant*
*COMPETITIVE TECHNOLOGIES, INC.*

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of June, 2005, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Scott R. Lucas, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901

Paul C. Nyquist, Esq.
Daniel S. Kippen, Esq.
Voss, Cook & Thel LLP
895 Dove Street, Suite 450
Newport Beach, CA 92660

Edward J. Henderson, Esq.
Torys LLP
237 Park Avenue
New York, NY 10017

Glenn K. Beaton, Esq.
Amanda Tessar, Esq.
Gibson, Dunn & Crutcher, LLP
1801 California Street, Suite 4200
Denver, CO 80202

By_____
David B. Zabel, Esq. (ct01382)
Cohen and Wolf P.C.
1115 Broad Street
Bridgeport, CT 06604
Phone: (203) 368-0211
Fax: (203) 394-9901
dzabel@cohenandwolf.com